UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-01038-AH | Date April 8, 2025 |
| Title *In Re Girardi Keese* | |

Present: The Honorable **Anne Hwang, United States District Judge**

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE JUNE 4, 2025 STATUS CONFERENCE

The Court has set a Status Conference for this matter on June 4, 2025. In advance of the Status Conference, the Parties should brief the following issues by **May 14, 2025**:

1. Which causes of action alleged in the First Amended Complaint allow for a jury trial?

2. Why should the non-jury trial claims not be referred back to the Bankruptcy Court?

3. Are there any potential disputes or issues regarding waiver of the right to jury trial, particularly in light of the procedural posture and pendency of this adversary proceeding?

4. The Parties are further directed to the Court's Order Setting Scheduling Conference, available on the Court's website, and are ordered to file a Joint Rule 26(f) Report in compliance with that Order by the May 14 deadline.

**IT IS SO ORDERED.**