LARRY W. GABRIEL, State Bar No. 68329
  *lgabrielaw@outlook.com*
JENKINS MULLIGAN & GABRIEL LLP
5743 Corsa Avenue, Suite 110
Westlake Village, California 91361
Telephone: (818) 943-8992

Special Litigation Counsel for Plaintiff
Elissa D. Miller, chapter 7 Trustee

**JENKINS MULLIGAN & GARBIEL LLP**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| In re Girardi Keese, | Case No. 2:25-cv-01038-AH |
|---|---|
| Debtor, | **PLAINTIFF, ELISSA D. MILLER, CHAPTER 7 TRUSTEE AND DEFENDANTS, ERIKA N. GIRARDI, EJ GLOBAL, LLC, AND PRETTY MESS, INC.** |
| ELISSA D. MILLER, Chapter 7 Trustee, Estate of Girardi Keese, | |
| Plaintiff, | **JOINT WITNESS LIST** |
| v. | Action Filed:      April 19, 2022 |
| ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation, | Trial Date:        February 10, 2026 |
| | Time:             8:30 a.m. |
| Defendants. | **Final Pre-Trial Conference [L.R. 16]** |
| | Date:       January 28, 2026 [1] |
| | Time:       1:30 p.m. |
| | **Judge:  Hon. Anne Hwang** |
| | Place:  Courtroom1668 |
| | United States District Court |
| | 350 W. 1st Street |
| | Los Angeles, CA 90012 |

[1] The original hearing date for the Final Pre-Trial Conference was January 21, 2026. The date of the hearing set forth is one proposed by the parties pursuant to a stipulation filed with the Court on December 24, 2025 (Dkt. 26) based upon good cause shown.  As of this filing the Court had not ruled on the Stipulation.

Pursuant to Local Rule 16-5 and the Court's Scheduling Order, the parties, Plaintiff Elissa D. Miller, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Girardi Keese ("**GK**" or the "**Debtor**"), and Defendants Erika Girardi ("**Erika**"), EJ Global, LLC ("**EJ Global**") and Pretty Mess, Inc. ("**PMI**", and collectively with Erika and EJ Global, "**Defendants**") submit the following Joint Witness List, each of the Parties reserving all rights to amend this Joint Witness List as permitted by the Court's rules and the Local Rules.

**Case Title:** *ELISSA D. MILLER, Chapter 7 Trustee,*

*Estate of Girardi Keese v. ERIKA N. GIRARDI; EJ GLOBAL,*

*LLC, and PRETTY MESS, INC., a corporation.*

**Case No:** **2:25-cv-01038-AH**

## JOINT WITNESS LIST

| Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Elissa D. Miller Chpt. 7 Trustee, Estate of Girardi Keese. 213-626-2311 Greenspoon Marder 1875 Century Park East, Ste 1900 Los Angeles, CA 90067 | Plaintiff will testify as to the administration of the estate, and as to the records of Girardi Keese. | | | |

**JENKINS MULLIGAN & GARBIEL LLP**

**JENKINS MULLIGAN & GARBIEL LLP**

| Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Erika Girardi 949-383-2860 c/o Evan C. Borges Greenberg Gross LLP 650 Town Center Dr., Ste 1700, Costa Mesa, CA 92626 | Defendant and manager of defendants EJ Global, LLC and Pretty Mess, Inc. Plaintiff will call as an adverse witness to testify as to her relationship with Thomas Girardi, her entertainment career, the transfers she and EJ Global received from the Debtor, and as to the issue of alter-ego as to her Defendant companies. | | | |
| Daphne Masin 213-626-2311 Greenspoon Marder 1875 Century Park East, Ste 1900 Los Angeles, CA 90067 | Paraprofessional for GK trustee custodian of records for the Bankruptcy Estate Girardi Keese. | | | |

**JENKINS MULLIGAN & GARBIEL LLP**

| Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Nicholas Troszak 213-617-2717 Development Specialists, Inc. 333 South Grand Ave, Ste 4100, Los Angeles, California 90071 | GK trustee designated expert on commingling of trust funds, and insolvency. | | | |
| John J. Menchaca 213-683-3317 Menchaca & Co. 835 Wilshire Blvd. Ste 300, Los Angeles, CA 90017 | GK trustee designated expert Tax Fraud issues. | | | |
| Thomas P. Jeremiassen 213-617-2717 Development Specialists, Inc. 333 South Grand Ave, Ste 4100, Los Angeles, California 90071 | GK trustee designated expert on the accounting of the Transfers made by Girardi Keese to the Defendants. | | | |
| Laia Ribatallada 949-383-2860 c/o Evan C. Borges Greenberg Gross LLP 650 Town Center Dr., Ste 1700, Costa Mesa, CA 92626 | Ms. Girardi's personal assistant. Will testify regarding business of EJ Global LLC and Pretty Mess, Inc. | | | |

**JENKINS MULLIGAN & GARBIEL LLP**

| Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Mikey Minden 949-383-2860 c/o Evan C. Borges Greenberg Gross LLP 650 Town Center Dr., Ste 1700, Costa Mesa, CA 92626 | Choreographer for EJ Global LLC, and Pretty Mess, Inc.  Will testify regarding business of EJ Global LLC and Pretty Mess, Inc. | | | |
| Michael Ullman 310-278-9000 Platinum Financial Management, Inc. 9200 Sunset Boulevard, Ste 600 Los Angeles, CA 90069 | Ms. Girardi's business manager; Mr. Ullman will testify regarding Ms. Girardi's post-divorce filing business affairs, EJ Global LLC, Pretty Mess, Inc., and tax issues. | | | |
| Michele Weiss 310-550-6200 Holtz, Slavett, Drabkin & Warner 10940 Wilshire Blvd, Ste 2000, Los Angeles, CA 90024 | Ms. Girardi's tax attorney; Ms. Weiss will testify regarding Ms. Girardi's post-divorce filing business affairs, IRS and FTB tax issues, and EJ Global LLC. | | | |

Case No. 2:25-cv-01038-AH

JOINT WITNESS LIST

JENKINS MULLIGAN & GARBIEL LLP

| Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Donald P. Eppich 760-599-9900 Magnus Blue, LLC 100 E. San Marcos Blvd., Ste 100, San Marcos, CA 92069 | Outside accountant retained by Tom Girardi for GK, EJ Global LLC, and Tom and Erika Girardi finances, tax issues, and tax return preparation.  Mr. Eppich is expected to testify regarding these subjects. | | | |
| Phillip Baker 213-241-0900 Baker, Keener & Nahra 633 West Fifth St., Ste 5500, Los Angeles, CA 90071 | Attorney for Ms. Girardi in Stillwell Madison litigation; Mr. Baker is expected to testify regarding communications with Ms. Girardi about EJ Global LLC, Tom Girardi, and the married couple's finances. | | | |
| Custodian of Records, Trustee | | | | |

Case No. 2:25-cv-01038-AH

| Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Custodian of Records, American Express | | | | |
| Custodian of Records, Comerica Bank | | | | |
| Custodian of Records, Joy Fernback Harn, APC | | | | |
| Custodian of Records, Polito, Eppich Associates, LLP | | | | |

DATED:  December 30, 2025          Respectfully submitted,

JENKINS MULLIGAN & GABRIEL, LLC


By: _____
Larry W. Gabriel
Special Litigation Counsel for Plaintiff,
Elissa D. Miller, Chapter 7 Trustee, Estate
of Girardi Keese

**JENKINS MULLIGAN & GARBIEL LLP**

DATED:  December 30, 2025          GREENBERG GROSS LLP

By: _____
    Evan C. Borges
    Attorneys for Defendants Erika Girardi, EJ
    Global, LLC, and Pretty Mess, Inc.

JENKINS MULLIGAN & GARBIEL LLP

JOINT WITNESS LIST

**JENKINS MULLIGAN & GARBIEL LLP**

## PROOF OF SERVICE
### Miller v. Girardi
### C.D. Cal. Case No. 2:25-cv-01038-AH

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626.

On December 30, 2025, I served true copies of the following document(s) described as **JOINT WITNESS LIST** on the interested parties in this action as follows:

Larry W. Gabriel
JENKINS MULLIGAN & GABRIEL LLP
585 Lorna Lane
Los Angeles, CA 90049
Tel:        (818) 943-8992
Email:      *lgabrielaw@outlook.com*

Evan C. Borges
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Tel:        (949) 383-2800
Email:      *eborges@ggtriallaw.com*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 30, 2025, at Costa Mesa, California.

Cheryl Winsten

JOINT WITNESS LIST