# EXHIBIT 2

## DECLARATION OF THOMAS P. JEREMIASSEN, CPA/CFF, CIRA

I, THOMAS P. JEREMIASSEN, declare:

1. I am over the age of 18 and am not a party to or otherwise an interested person in the adversary proceeding styled *Elissa D. Miller, Chapter 7 Trustee for the estate Girardi Keese v. Erika J. Girardi, an individual; EJ Global, LLC, a limited liability company; and, Pretty Mess, Inc., a corporation.* Adversary Case No.: 2:21-ap-01155-BR.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

3. I am a certified public accountant and a Sr. Managing Director at Development Specialists, Inc., ("DSI"). Prior to joining DSI, I was a Managing Director at Berkeley Research Group, LLC. Previously, I was a Director at LECG, LLC; and a Partner with Neilson Elggren LLP, following my prior employment at Arthur Andersen LLP and Neilson, Elggren, Durkin & Co. My engagements include but are not limited to *In re Adelphia Communications,* Case No.: 02-41729 (REG), 02-11389 (REG (Bankr. E.D. Pa. 2002); *In re EPD Investment Co.*, Case No.: 2:10-bk-62208-ER (Bankr., C. D. Cal. 2012); *In re Estate Financial, Inc.,* Case No.: 9:08-11457-RR (Bankr. C.D. Cal. Northern Division 2008); *In re Fuhu, Inc.*, Case No.: 15-12465 (Bankr. Del. 2015); *In re GGW Brands LLC* ("Girls Gone Wild") Case No.: 2:13-bk-15130 (Bankr. C.D. Cal, Los Angeles Division, 2013); *In re Tyson* (Mike Tyson), Case No.: 03-41900 (ALG) (Bankr. S.D.N.Y 2003; *In re Reed Slatkin,* Case No.: ND 01-11549-RR (Bankr. C.D. Cal, Northern Division, 2001); *In re Woodbridge Group of Companies, LLC, et al.*, Case No. 17-12560 (Bankr. Del., 2017).

4. I am a certified insolvency and restructuring advisor with over 25 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.

5. In addition to my background described in paragraph 3 hereinabove, I hold a separate

Expert Report: Thomas Jeremiassen

certification in financial forensics (CPA/CFF) and am a certified insolvency and restricting advisor (CIRA). I have served as a Court-appointed Chapter 11 trustee, Chapter 7 trustee, liquidating trustee, plan administrator, receiver, and disbursing agent, and have served as an accountant and financial advisor for trustees, creditors, creditors' committees, debtors and examiners in dozens of chapter 7 and 11 matters. A true and correct copy of my resume is attached as Exhibit 1 and is incorporated herein by this reference.[1] By virtue of my education and expertise, I believe I have the qualifications necessary to perform the analyses and render the conclusions set forth in the Expert Report.

6. Elissa D. Miller (the "Trustee"), as Chapter 7 trustee for the estate of Girardi Keese ("Girardi Keese" or the "Debtor") retained DSI to, among other things, review the Debtors' financial information, (the "Financial Records") as well as to reconstruct and evaluate its cash receipt and disbursement activity for the period 2013 to December 18, 2020, for purposes of the identification and pursuit of causes of action. I am informed and believe that the Financial Records, are Debtor's Financial Records that were turned over to the Trustee, upon her appointment and consist of Debtor's Records kept in the ordinary course of the conduct of the Debtor's business.

7. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Thomas P. Jeremiassen, CPA/CFF, CIRA (the "Expert Report"), which I authored, and which I signed on January 18, 2023. In reviewing the Debtors books and records, and in generating reports I have utilized professionals within DSI to assist me in conducting my analyses and preparing the Expert Report. The Expert Report describes our work to date and summarizes my opinions and bases for those opinions.

8. The opinions and findings expressed in the Expert Report are based upon our work to date and upon the facts that we observed in our examination and the information currently available. I reserve the right to supplement, update or otherwise modify the Expert Report at a later date based

---

[1] My resume is also attached to the Expert Report as Exhibit 1.

-3-

Expert Report: Thomas Jeremiassen

on additional information or additional analysis performed.

9.  The Expert Report has been prepared solely in connection with the litigation referenced therein and is intended for no other use. We have not performed an audit of any financial statements in accordance with Generally Accepted Auditing Standards, nor have we performed a review or compilation of the financial statements in accordance with the standards promulgated by the American Institute of Certified Public Accountants. Accordingly, I make no representation nor do I express any opinion regarding the accuracy or reasonableness of said information.

10. Each of the statements and conclusions set forth in the Expert Report are true and accurate to the best of my knowledge and are incorporated herein by this reference. I hereby adopt each of the analyses, opinions, and conclusions set forth in the Expert Report, and I am prepared to testify as to each of them, if called upon as a witness to do so

11. Attached to the Expert Report marked Exhibit 2 is a listing of the documents and information (collectively the "Expert Report Documents") reviewed and considered and/or relied on in preparing the Expert Report.  The Expert Report Documents consist of thousands of pages of the Debtor's Financial Records and the Debtor's bank accounts records from various financial institutions that were obtained by the Trustee, in response to subpoena's served upon those financial institutions.   In addition, I reviewed the deposition transcripts of Erika Girardi.

**OPINIONS**

As set forth in the Expert Report, and in accordance with the analysis and reasons detailed therein, as of the date of this declaration I have formed the following opinions:

1.  From 2008 to 2020, the Debtor made net payments totaling at least $25,742,261.26 for the benefit of the Defendants, inclusive of the following:

   a.  Net payments totaling at least $14,259,012.84 to American Express for charges benefitting the Defendants made on credit cards issued on Thomas V. Girardi's personal American Express account, including cards issued in Erika's name; and

   b.  Net payments totaling at least $11,483,248.42 for other obligations of the Defendants.

-4-

Expert Report: Thomas Jeremiassen

2. From 2008 to 2020, the Debtor received a payment in the amount of $150,000.00 from the Defendants.

3. As of the date of the Debtor's bankruptcy filing (December 18, 2020), the Debtor's books and records reflect a receivable due from EJ Global in the amount of $25,592,261.26, resulting from the payments made by the Debtor for the benefit of the Defendants, less the payment made by the Defendants to the Debtor. The total amount of money the Debtor paid to American Express for charges incurred by Erika Girardi from 2008 through 2020 is: $14,259,012.84.

4. As of December 31, 2019, EJ Global's books and records reflect a payable due to the Debtor in the amount of $25,303,544.57.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this the 25th day of January, 2023 at Agoura Hills, California.

Thomas P. Jeremiassen

-5-

Expert Report: Thomas Jeremiassen

**EXHIBIT 1**

**RESUME FOR THOMAS P. JEREMIASSEN**

# Thomas P. Jeremiassen, Senior Managing Director

## Summary

Tom Jeremiassen is a Senior Managing Director in DSI's Los Angeles office with over 25 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.

Mr. Jeremiassen has served as a fiduciary in bankruptcy and other matters, including roles as chapter 11 trustee, chapter 7 trustee, liquidating trustee, plan administrator, disbursing agent and receiver. He has served as an accountant and financial advisor for chapter 11 trustees, chapter 7 trustees, debtors, creditor committees, examiners, liquidating trustees and receivers in dozens of insolvency matters. He has also been involved in numerous engagements in which he provided expert witness, litigation support, consulting and investigative accounting services related to fraud, embezzlement, mismanagement, breach of contract, and other disputes.

## Notable Assignments at DSI and Predecessor Firms

Adelphia Communications, EPD Investment Co., Estate Financial, Inc., Fuhu, Inc., Girardi Keese, Girls Gone Wild, Le-Nature's, Inc., Mike Tyson, Rampage Retailing, Inc., Reed Slatkin, and Woodbridge Group of Companies, LLC.

## Employment History

Prior to joining DSI in 2018, Mr. Jeremiassen was a Managing Director at Berkeley Research Group, LLC. Previously, he was a Director at LECG, LLC; and a Partner with Neilson Elggren LLP, following his prior employment at Arthur Andersen LLP and Neilson, Elggren, Durkin & Co.

## Education

Mr. Jeremiassen received a Bachelor of Science in Accounting from Pepperdine University.

## Professional Licenses, Certifications and Affiliations

Mr. Jeremiassen is a Certified Public Accountant, Certified in Financial Forensics, and a Certified Insolvency and Restructuring Advisor. His professional memberships include the American Institute of CPAs (AICPA), the American Bankruptcy Institute (ABI), the Association of Insolvency and Restructuring Advisors (AIRA), and the Los Angeles Bankruptcy Forum (LABF). He is a member of the board of directors of the AIRA. He has presented on bankruptcy and fraud topics at conferences and meetings sponsored by the ABI, AIRA, the California CPA Education Foundation, the Credit Managers Association, and Golden Gate University.

**LOS ANGELES**

333 South Grand Avenue, Suite 4100 • Los Angeles, California 90071 • Telephone: 213.617.2717 • Fax: 213.617.2718 • www.DSIConsulting.com

SAN FRANCISCO • NEW YORK • CHICAGO • MIAMI/FT. LAUDERDALE • LONDON • WILMINGTON • COLUMBUS • MADISON

**EXHIBIT 2**

**EXPERT REPORT OF THOMAS P. JEREMIASSEN**

# Elissa D. Miller, chapter 7 trustee for the estate of Girardi Keese

## v.

# Erika N. Girardi; EJ Global, LLC; and Pretty Mess, Inc.

**Case No. 2:20-bk-21022-BR**
**Chapter 7**
**Adv. Proc. No. 2:21-ap-01155-BR**

**Expert Report of Thomas P. Jeremiassen, CPA/CFF, CIRA**

## Table of Contents

**Page**

I.      Introduction and Scope ....................................................................................... 3

II.     Qualifications, Experience and Compensation ................................................... 3

III.    Statement of Opinions........................................................................................ 4

IV.     Background ........................................................................................................ 4

V.      Primary Bases and Reasons for Opinions........................................................... 5

      A.      The EJ Global Receivable Account ........................................................ 5

            1.      American Express Payments......................................................... 5

            2.      Other Payments ........................................................................... 6

            3.      Receipt from EJ Global................................................................. 6

      B.      Accounting Treatment of Payments Benefitting Defendants ................... 6

            1.      GK's Treatment of Payments....................................................... 6

            2.      EJ Global's Treatment of Payments ............................................. 6

**Exhibits**

Exhibit 1: Resume for Thomas P. Jeremiassen

Exhibit 2: Listing of Documents and Information Considered and/or Relied Upon

Exhibit 3: Summary of Net Payments Charged to EJ Global Receivable Account

## I.    Introduction and Scope

Development Specialists, Inc. ("DSI") was retained by Elissa D. Miller (the "Trustee"), as chapter 7 trustee for the estate of Girardi Keese ("GK" or the "Debtor"), to, among other things: (i) analyze GK's books and records to investigate the status and values of assets; (ii) reconstruct GK's financial transactions[1]; and (iii) assist in the identification of possible causes of action and support of any litigation brought by the Trustee.  This report was prepared for use in litigation that was brought by the Trustee against Erika N. Girardi ("Erika"), EJ Global, LLC ("EJ Global") and Pretty Mess, Inc. ("Pretty Mess" and collectively with Erika and EJ Global, the "Defendants"), *Miller vs. Erika N. Girardi, et al.* (Adv. Proc. No. 2:21-ap-01155-BR).

I have prepared this report with the assistance of professionals within DSI under my direction.  This report describes our work to date and summarizes my opinions and the bases for those opinions.  The opinions and findings expressed herein are based upon our work to date and upon the facts that we observed in our examination and the information currently available.  I reserve the right to supplement, update or otherwise modify this report at a later date based on additional information or additional analysis performed.

This report has been prepared solely in connection with the litigation referenced herein and is intended for no other use.  We have not performed an audit of any financial statements in accordance with Generally Accepted Auditing Standards, nor have we performed a review or compilation of the financial statements in accordance with the standards promulgated by the American Institute of Certified Public Accountants.  Accordingly, I make no representation, nor do I express any opinion regarding the accuracy or reasonableness of said information.

## II.    Qualifications, Experience and Compensation

My qualifications and professional experience are detailed in the resume attached as **Exhibit 1**.  My current hourly billing rate is $680.  **Exhibit 2** is a list of documents and information that was considered in conducting our analysis and forming the opinions as set forth in this report.

---

[1] The reconstruction of financial transactions primarily involved the compilation, reconciliation and analysis of GK's cash transactions during the seven-year period preceding the bankruptcy filing.

3

### III.    Statement of Opinions

In accordance with the primary bases and reasons detailed herein, I have thus far formed the following opinions in this case:

- From 2008 to 2020, the Debtor made net payments totaling at least $25,742,261.26 for the benefit of the Defendants, inclusive of the following:

    o  Net payments totaling at least $14,259,012.84 to American Express for charges benefitting the Defendants made on credit cards issued on Thomas V. Girardi's personal American Express account, including cards issued in Erika's name; and

    o  Net payments totaling at least $11,483,248.42 for other obligations of the Defendants.

- From 2008 to 2020, the Debtor received a payment in the amount of $150,000.00 from the Defendants.

- As of the date of the Debtor's bankruptcy filing (December 18, 2020), the Debtor's books and records reflect a receivable due from EJ Global in the amount of $25,592,261.26, resulting from the payments made by the Debtor for the benefit of the Defendants, less the payment made by the Defendants to the Debtor.

- As of December 31, 2019, EJ Global's books and records reflect a payable due to the Debtor in the amount of $25,303,544.57.

### IV.    Background

Co-founded by Thomas V. Girardi ("Thomas"), GK was a law firm that represented plaintiffs in cases involving mass torts, aviation law, personal injury, defective products, and other matters.  Over the past several decades, GK's cases resulted in hundreds of millions of dollars in settlements and verdicts for its clients.

Amid allegations and revelations of GK's misappropriation of its clients' settlement funds, an involuntary petition for relief under chapter 7 of title 11 of the United States Code was

4

filed on December 18, 2020.  On January 13, 2021, the Trustee was appointed as chapter 7 trustee for the Debtor's estate.

Erika is an individual involved in the entertainment industry, most notably as a cast member of "The Real Housewives of Beverly Hills".  Thomas and Erika married in January 2000.  In October 2020, Erika filed for divorce.

EJ Global, formed in 2008, and Pretty Mess, formed in 2021, are entities wholly owned and controlled by Erika.

## V.      Primary Bases and Reasons for Opinions

### A.      The EJ Global Receivable Account

GK's general ledger includes an asset account titled "Interco Recv - EJGlobal" (the "Receivable Account").  The activity in the Receivable Account represents cash transactions incurred by GK during the period December 2008 through June 2020.  Cash disbursements accounted for in the Receivable Account resulted in increases to the receivable balance, and any cash receipts and credits resulted in decreases to the receivable balance.  Attached as **Exhibit 3** is a summary of the net disbursements by payee for the cash transactions accounted for in the Receivable Account.  The net disbursements accounted for in the Receivable Account totaled $25,592,261.26.  The following paragraphs summarize the transactions recorded in the Receivable Account[2]:

#### 1.      American Express Payments

GK and Thomas maintained accounts with American Express.  Under GK's accounts, there were numerous credit cards issued in the names of various attorneys and employees of GK, including Thomas.  Under Thomas's personal accounts, there were credit cards in the names of Thomas and Erika.  GK paid the charges incurred on the cards under GK's accounts, and routinely paid the charges incurred on the cards under Thomas's accounts, including those in Erika's name.

The Receivable Account includes over 11,000 entries for net payments totaling $14,259,012.84 made by GK to American Express for charges incurred on Thomas's personal

---

[2] The transactions were compiled by running a report of the Receivable Account from GK's accounting system.

American Express account, the substantial majority of which are individual charges made to the credit cards in Erika's name.

### 2.    Other Payments

The Receivable Account includes approximately 2,000 entries for net payments totaling $11,483,248.42 made by GK to parties other than American Express for the benefit of the Defendants.[3]

### 3.    Receipt from EJ Global

The Receivable Account includes one deposit of a check from EJ Global in the amount of $150,000.00 in October 2019.

### B.    Accounting Treatment of Payments Benefitting Defendants

### 1.    GK's Treatment of Payments

As described above, since 2008, GK accounted for the payments in the Receivable Account, which is an asset account on its books and an indication that the amounts are due and owing from EJ Global.  The payments were not expensed by GK, nor were they accounted for as distributions to Thomas.  As payments were made, the balance in the Receivable Account increased, ultimately reaching $25,592,261.26 in 2020.

### 2.    EJ Global's Treatment of Payments

The accounting system housed at GK's office that contained GK's accounting transactions also separately contained the accounting transactions for EJ Global.  According to that accounting for EJ Global, generally, the payments made by GK reflected in the Receivable Account are:  (i) expensed by EJ Global, indicating that the payments were for its benefit, and (ii) accounted for in a liability account titled "Interco Payable – G&K", indicating that the payments made by GK for EJ Global's benefit are due and owing to GK.  The balance in this payable account on EJ Global's books as of December 31, 2019 was $25,303,544.57, which is approximately $141,000 less than the Receivable Account balance as of December 31, 2019, a difference of approximately 0.5%.  It is unknown at this time what accounts for this difference.

---

[3] Certain transactions in the Receivable Account, equal to net cash disbursements totaling $1,567,587.50, did not contain information necessary to identify the payees.  These are identified on Exhibit 3 as "Unknown" in the payee column.

DATED this 25th day of January 2023.

Thomas P. Jeremiassen, CPA/CFF, CIRA

# Exhibit 1

**Resume for Thomas P. Jeremiassen**

# Thomas P. Jeremiassen, Senior Managing Director

## Summary

Tom Jeremiassen is a Senior Managing Director in DSI's Los Angeles office with over 25 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.

Mr. Jeremiassen has served as a fiduciary in bankruptcy and other matters, including roles as chapter 11 trustee, chapter 7 trustee, liquidating trustee, plan administrator, disbursing agent and receiver. He has served as an accountant and financial advisor for chapter 11 trustees, chapter 7 trustees, debtors, creditor committees, examiners, liquidating trustees and receivers in dozens of insolvency matters. He has also been involved in numerous engagements in which he provided expert witness, litigation support, consulting and investigative accounting services related to fraud, embezzlement, mismanagement, breach of contract, and other disputes.

## Notable Assignments at DSI and Predecessor Firms

Adelphia Communications, EPD Investment Co., Estate Financial, Inc., Fuhu, Inc., Girardi Keese, Girls Gone Wild, Le-Nature's, Inc., Mike Tyson, Rampage Retailing, Inc., Reed Slatkin, and Woodbridge Group of Companies, LLC.

## Employment History

Prior to joining DSI in 2018, Mr. Jeremiassen was a Managing Director at Berkeley Research Group, LLC. Previously, he was a Director at LECG, LLC; and a Partner with Neilson Elggren LLP, following his prior employment at Arthur Andersen LLP and Neilson, Elggren, Durkin & Co.

## Education

Mr. Jeremiassen received a Bachelor of Science in Accounting from Pepperdine University.

## Professional Licenses, Certifications and Affiliations

Mr. Jeremiassen is a Certified Public Accountant, Certified in Financial Forensics, and a Certified Insolvency and Restructuring Advisor. His professional memberships include the American Institute of CPAs (AICPA), the American Bankruptcy Institute (ABI), the Association of Insolvency and Restructuring Advisors (AIRA), and the Los Angeles Bankruptcy Forum (LABF). He is a member of the board of directors of the AIRA. He has presented on bankruptcy and fraud topics at conferences and meetings sponsored by the ABI, AIRA, the California CPA Education Foundation, the Credit Managers Association, and Golden Gate University.

**LOS ANGELES**

**333 South Grand Avenue, Suite 4100 • Los Angeles, California 90071 • Telephone: 213.617.2717 • Fax: 213.617.2718 • www.DSIConsulting.com**

**SAN FRANCISCO • NEW YORK • CHICAGO • MIAMI/FT. LAUDERDALE • LONDON • WILMINGTON • COLUMBUS • MADISON**

# Exhibit 2

## Listing of Documents and Information Considered and/or Relied Upon

**Elissa D. Miller v. Erika N. Girardi, EJ Global, LLC and Pretty Mess, Inc.**
**Expert Report of Thomas P. Jeremiassen**
**Listing of Documents and Information Considered and/or Relied Upon**

| Description |
| --- |
| Trustee's First Amended Complaint (Adv. Proc. No. 2:21-ap-01155-BR) |
| Answer of Defendants Erika Girardi, EJ Global, LLC and Pretty Mess, Inc. to Plaintiff's First Amended Complaint |
| Girardi Keese accounting records (general ledgers, income statements, balance sheets, account payable and receivable ledgers) |
| Girardi Keese banking records (bank statements, canceled checks, wire confirmations, deposit slips, credit/debit advices) |
| American Express corporate credit card statements for Girardi Keese |
| American Express credit card statements in the name of Thomas Girardi and Erika Jayne |
| EJ Global accounting records (general ledgers, income statements, balance sheets, account payable ledgers) |
| EJ Global banking records (bank statements, canceled checks, deposit slips) |
| Federal tax returns (Form 1040 and Schedules) for Thomas Girardi and Erika Girardi |
| Transcripts of October 19, 2022 depositon of Erika Girardi |

# Exhibit 3

## Summary of Net Payments Charged to EJ Global Receivable Account

**Girardi Keese**
**Summary of Net Payments Charged to EJ Global Receivable Account**
**For the Period 2008 - 2020**

| Payee | Net Disbursements (Receipts) |
|---|---|
| AMERICAN EXPRESS | $14,259,012.84 |
| McDONALD SELZNICK ASSOC., INC. | 1,532,774.88 |
| UNKNOWN | 1,567,587.50 |
| PARADIGM MANAGEMENT LLC | 1,260,000.00 |
| KIDSQUARED, INC. | 863,880.93 |
| CAK ENTERTAINMENT, INC. | 450,000.00 |
| GREENBERG TRAURIG LLP | 260,000.00 |
| TROY JENSEN INC | 252,100.00 |
| SANRE' ENTERTAINMENT | 220,000.00 |
| CITRUSONIC, LLC | 205,838.54 |
| BLOC TALENT AGENCY, INC. | 171,991.50 |
| THE DANICA GROUP LLC | 170,108.71 |
| DNA INC. | 156,600.00 |
| JEREMY SULLIVAN | 150,000.00 |
| AWESTRUCK PRODUCTIONS, INC. | 142,800.00 |
| JASMINE VEGA | 137,896.67 |
| MARCO BOLLINGER PHOTOGRAPHY | 134,264.00 |
| MMA | 133,154.73 |
| CLEAR TALENT GROUP | 130,334.93 |
| REGINAL A. MATHIS LLC | 125,000.00 |
| PRESTON MENESES | 114,500.00 |
| IMMACULATE ASSISTANCE AGENCY | 108,373.91 |
| STEPHANIE SHEPHERD | 102,596.77 |
| GERALD HELLER | 100,000.00 |
| CLOUTIER-REMIX | 98,012.37 |
| HOT ROLLER INC. | 97,683.80 |
| HOCHMAN SALKIN ROSCHER PEREZ P.C. | 94,111.77 |
| JON KOOREN | 88,934.00 |
| GARY BALLEN | 88,808.68 |
| ORLANDO PUERTA | 88,000.00 |
| MMK MANAGEMENT | 80,939.41 |
| RICHARD LEHER | 80,000.00 |
| TMG INTERNATIONAL | 80,000.00 |
| MICHAEL NUNEZ | 76,818.40 |
| BOBBY SHAW PROMOTIONS | 76,000.00 |
| FRANCESCO GALASSO | 75,681.00 |
| CENTERSTAGING MUSICAL PROD INC | 75,144.98 |
| ROGERS & COWEN | 69,274.89 |
| MISSSHIU INC | 66,875.00 |
| ARCHER PRODUCTIONS LLC | 65,628.21 |
| LEVINE COMMUNICATIONS OFFICE | 62,475.00 |

**Girardi Keese**
**Summary of Net Payments Charged to EJ Global Receivable Account**
**For the Period 2008 - 2020**

| Payee | Net Disbursements (Receipts) |
|---|---|
| MATTHIAS HEIDEMANNS | 60,000.00 |
| PHILIP SANDHAUS | 60,000.00 |
| ELIAS TAHAN | 59,950.00 |
| OUTBOUND INC. | 59,100.00 |
| KIMBERLY C. KYEES | 58,875.00 |
| MVA PUBLIC RELATIONS GROUP | 55,000.00 |
| MILES HIGH PRODUCTIONS | 51,486.84 |
| APOLLO JETS | 45,161.69 |
| JAREK RIEWER | 44,200.00 |
| THE HUNGRY CREATIVE AGENCY LLC | 43,447.00 |
| MITCH SCHNEIDER ORGANIZATION | 42,717.12 |
| CHUCK OLINER | 41,665.00 |
| THERESE WILLIS | 37,017.50 |
| MICHAEL GATSWIRTH | 36,000.00 |
| RAFELSON MEDIA CONSULTING INC. | 34,300.00 |
| GO 2 TALENT AGENCY INC | 30,786.14 |
| MICHAEL GRUBER | 30,000.00 |
| BRYAN CROSS, LLC | 29,705.29 |
| SCOTT BARNES | 28,300.00 |
| PRISCILLA RANGEL | 28,282.40 |
| 1645 N. VINE ST. 705, LLC | 27,980.00 |
| GUI SCHOEDLER | 21,600.00 |
| MONGOOSE ATLANTIC, INC. | 21,140.00 |
| JULIANA Z. INC. | 19,500.00 |
| JOHN RITTENOUR | 18,000.00 |
| LORENZO CALDERON | 17,532.00 |
| COLBY COLON | 17,500.00 |
| OPUS BEAUTY | 17,415.00 |
| ANDREW DIPALMA | 17,000.00 |
| BRITTEN PARK | 16,400.00 |
| MARCO BOLLINGER | 16,350.00 |
| MELROSE STUDIOS, INC | 15,156.01 |
| JOSEPH FISHER | 15,000.00 |
| MATT WATERHOUSE | 15,000.00 |
| MICHAEL SCHMIDT STUDIOS INC. | 14,530.00 |
| LAURENTIUS PURNAMA | 14,469.00 |
| THE HOLLYWOOD REPORTER | 13,360.00 |
| BLOCNYC | 12,970.00 |
| KATIE BERENSON | 12,502.79 |
| MARTIN MILLIGAN | 11,887.75 |
| LEE DAGGER | 10,500.00 |

**Girardi Keese**
**Summary of Net Payments Charged to EJ Global Receivable Account**
**For the Period 2008 - 2020**

| Payee | Net Disbursements (Receipts) |
|---|---|
| MARC JACKSON BURROWS | 10,500.00 |
| LOS ANGELES TIMES MAGAZINE | 10,400.00 |
| ESCAPE PRODUCTIONS INC. | 10,000.00 |
| VIDEO STATIC | 10,000.00 |
| POLITO EPPICH ASSOCIATES LLP | 9,700.00 |
| CoCo de Mer | 9,029.52 |
| ISABEL PEREZ | 9,000.00 |
| E5 GLOBAL MEDIA LLC | 8,480.00 |
| BLAH BLAH MUSIC LTD. | 8,223.92 |
| WOODMAR INC | 7,527.54 |
| RALPHI ROSARIO INC. | 7,000.00 |
| JACOB R. ARCHER | 6,775.00 |
| BERNIE GRUNDMAN MASTERING | 6,700.78 |
| EN ROUTE TRAVEL | 6,191.80 |
| BOB GAIL ENTERPRISES,INC | 6,045.58 |
| HECTOR FONSECA | 6,000.00 |
| KGS STUDIOS LTD | 6,000.00 |
| L.A. MODELS | 6,000.00 |
| TYPRODUCTIONS | 6,000.00 |
| CHRIS ALBA | 5,500.00 |
| EXTREMEDYS HAND & FOOT SPA | 5,160.00 |
| MARCO MARCO | 5,030.00 |
| AMPLE ENTERTAINMENT, INC | 5,000.00 |
| JODY DEN BROEDER | 5,000.00 |
| JOHN RUSSO PHOTOGRAPHY | 5,000.00 |
| JOY FERNBACH HARN | 5,000.00 |
| MAMS TAYLOR | 5,000.00 |
| MIXMASTERED RECORDS | 5,000.00 |
| THREE SIX ZERO GROUP | 5,000.00 |
| HSMPR | 4,800.00 |
| KATHERINE DELANY | 4,675.00 |
| THE LOOK PARTNERSHIP LLC | 4,500.00 |
| NAILS BY SARAH B | 4,444.79 |
| BRANDON SHOWERS PHOTOGRAPHY | 4,052.00 |
| HITS MAGAZINE, INC. | 4,000.00 |
| MDM ARTISTS, INC. | 4,000.00 |
| UNDOCUMENTED MANAGEMENT | 4,000.00 |
| WIZARDZ OF OZ | 3,900.00 |
| COLIN YEO | 3,800.00 |
| THE BASEMENT DANCE CENTER | 3,575.00 |
| SIMON THIRLAWAY INC. | 3,500.00 |

**Girardi Keese**
**Summary of Net Payments Charged to EJ Global Receivable Account**
**For the Period 2008 - 2020**

| Payee | Net Disbursements (Receipts) |
|---|---|
| PREMIERE VALET SERVICE | 3,330.00 |
| PETER GALVIN PRODUCTIONS | 3,288.91 |
| FRANCHISE TAX BOARD | 3,256.96 |
| GORDON LAKE | 3,200.00 |
| POWER PROMOTIONS | 3,187.30 |
| DUN & COMPANY | 3,072.10 |
| BILL HAMEL, INC. | 3,000.00 |
| CHRIS BREDESEN | 3,000.00 |
| COTTON GRAPHIC DESIGN | 3,000.00 |
| DJ LYNWOOD GROUP OF COMPANIES | 3,000.00 |
| RICHIE PANGILINAN | 3,000.00 |
| SAMUEL PISENO | 3,000.00 |
| TARA, INC. | 3,000.00 |
| TKC ENTERTAINMENT | 3,000.00 |
| TOO BOB FOR YOUR MOM | 3,000.00 |
| TRENDSETTER MEDIA & MARKETING | 3,000.00 |
| VINCENT PASSERI | 3,000.00 |
| WILLIAM CLARK | 3,000.00 |
| KIMBLE HAIR STUDIO | 2,980.29 |
| QBT MEDIA COMPANY | 2,980.19 |
| LIGHTENUP, INC. | 2,925.00 |
| JASON LEDER | 2,825.00 |
| CHRISTINE D'ANGELO | 2,646.12 |
| SOUNDCHECK LA, LLC | 2,571.00 |
| GUY FURIOUS PRODUCTIONS | 2,500.00 |
| ODYSSEY MAGAZINE | 2,500.00 |
| SACHA COLLISSON | 2,500.00 |
| ARNE KNUDSEN | 2,431.66 |
| ANTHONY SPENCER | 2,275.00 |
| KIMMIE K | 2,250.00 |
| ELECTRO LIGHTING, LLC | 2,200.00 |
| KIM KIMBLE | 2,100.00 |
| STAGE THIS | 2,020.00 |
| WARREN CONFECTIONS CORP. | 2,006.58 |
| HED PRODUCTIONS | 2,000.00 |
| SURFER ROSA RECORDS | 2,000.00 |
| SEAN KAYSEN | 1,950.00 |
| GRID AGENCY, INC. | 1,800.00 |
| KENNETH WORMALD | 1,800.00 |
| SETOLOGY | 1,800.00 |
| BRINN BIERMAN | 1,700.00 |

**Girardi Keese**
**Summary of Net Payments Charged to EJ Global Receivable Account**
**For the Period 2008 - 2020**

| Payee | Net Disbursements (Receipts) |
| --- | --- |
| CANDICE CRAIG | 1,700.00 |
| ERIN HERNANDEZ | 1,700.00 |
| JAMIE RUIZ | 1,700.00 |
| HONEYGUN LABS LLC | 1,500.00 |
| MICHAEL CARR | 1,500.00 |
| ONE STOP DIGITAL, INC. | 1,500.00 |
| PICNIC | 1,500.00 |
| SUSANNE BARTSCH | 1,500.00 |
| STEELE VFS, INC. | 1,435.00 |
| FRANK GALASSO | 1,400.00 |
| HEATHER HANES | 1,250.00 |
| ROBERT HOFFMAN | 1,250.00 |
| STARWORKS ARTISTS, LLC | 1,200.00 |
| NIGHTS OF NEON, INC | 1,190.83 |
| KIMBERLY McALLISTER | 1,150.00 |
| AMPED UP, LLC | 1,121.00 |
| JEREMIAH PITMAN | 1,100.00 |
| MARIO DEDIVANOVIC | 1,000.00 |
| MICHAEL DES BARRES | 1,000.00 |
| QUYNH STANLEY | 1,000.00 |
| JASON WAWRO | 950.00 |
| GROVEMASTERING | 875.00 |
| CUSTOM LIGHTING | 850.00 |
| PATRICIA WILLIAMS | 800.00 |
| CAPRICE | 775.00 |
| JOSEPH CORRIGAN | 750.00 |
| PURE MANAGEMENT NYC, LLC | 720.00 |
| JIMMY'S PERMIT SERVICE | 684.00 |
| DICK SMART | 666.67 |
| PHIL LUJAN | 645.83 |
| AXION BUSINESS GROUP | 630.63 |
| BRANDON NIZNIK | 600.00 |
| CRAIG STULL | 600.00 |
| LISA MITCHELL METHOD, INC | 600.00 |
| ANDREW R. POLAND | 550.00 |
| DERRICK ARMAND | 550.00 |
| IRA BOYD | 550.00 |
| JOSHUA LINKEY | 550.00 |
| STEVE FRANCIS | 550.00 |
| SIGN CENTRAL | 533.88 |
| DYLAN ZWICKER | 525.00 |

**Girardi Keese**
**Summary of Net Payments Charged to EJ Global Receivable Account**
**For the Period 2008 - 2020**

| Payee | Net Disbursements (Receipts) |
|---|---:|
| JEFF WESSELS | 525.00 |
| ROBERT DOWLING | 525.00 |
| VICTOR G. MAJOR | 525.00 |
| ERNEST WALTON | 500.00 |
| JARMAN, INC. | 500.00 |
| KATHERINE BORMAN | 500.00 |
| LEO ABRAHAM | 500.00 |
| MATES, INC. | 450.00 |
| DAVID BALLEN | 400.00 |
| LOS ANGELES COUNTY FIRE DEPT. | 386.37 |
| SO CAL SANITATION | 380.00 |
| SEAN SPILLANE | 340.00 |
| CHAD MICHAEL MORISETTE | 305.00 |
| DAVONEE SOU | 300.00 |
| OCTAVIO SANCHEZ | 300.00 |
| SHAMEL PUBLICATIONS, INC. | 300.00 |
| BRENDAN CRAIGHILL | 250.00 |
| DEANNA DELLACIOPPA | 250.00 |
| KAREN BLAKEMAN | 250.00 |
| BUSINESS FILINGS DIVISION | 239.00 |
| CHAD MICHAEL | 225.00 |
| ANTHONY ORTIZ | 200.00 |
| MICHAEL J. COHEN | 200.00 |
| ANNUAL FILING DIVISION | 195.00 |
| ANA RUTH SANTIZO | 120.00 |
| BUNKER PRINTING | 100.00 |
| LOS ANGELES TIMES | 100.00 |
| OFFICE OF FINANCE, CITY OF LA | 80.06 |
| SECRETARY OF STATE | 66.00 |
| EJ GLOBAL, LLC | (150,000.00) |
| Total | $ 25,592,261.26 |