LARRY W. GABRIEL [SBN 68329]
*lgabrielaw@outlook.com*
JENKINS MULLIGAN & GABRIEL, LLP
5743 Corsa Avenue, Suite 110
Westlake Village, California 91361
Telephone: (818) 943-8992

Special Litigation Counsel for Plaintiff
Elissa D. Miller, chapter 7 Trustee

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Girardi Keese,<br><br>       Debtor,<br><hr>ELISSA D. MILLER, Chapter 7 Trustee, Estate of Girardi Keese,<br>       Plaintiff,<br><br>  v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>       Defendants. | CASE NO. 2:25-CV-01038-AH<br><br>**PLAINTIFF, ELISSA D. MILLER'S NOTICE OF ASSIGNMENT OF ALL CLAIMS TO LHA LAND, LLC, STATEMENT OF THE CASE**<br><br>Action Filed: July 14, 2021<br>Trial Date:  May 19, 2026<br>Time:    8:30 a.m.<br><br>**Final Pre-Trial Conference [L.R. 16]**<br>Date:    May 7, 2026<br>Time:    1:30 p.m.<br><br>**Judge:  Hon. Anne Hwang**<br><br>Place: Courtroom 9C, 9th Floor<br>    United States District Court<br>    350 W. 1st Street<br>    Los Angeles, CA 90012 |

**TO THE HONORABLE ANNE HWANG, AND ALL PARTIES OF INTEREST:**

  **PLEASE TAKE NOTICE** that as of **May 1, 2026,** Plaintiff, Elissa D. Miller, Chapter 7 Trustee ("Trustee") for the estate of Girardi Keese, assigned of her all claims

*NOTICE OF ASSIGNMENT OF CLAIMS*

and rights to prosecute all claims presented by the Trustee in her First Amended Complaint filed in the above caption case to LHA Land, LLC, a Colorado Limited Liability Company.  Accordingly, the Trustee is no longer a party to this action.

Dated:  May 3, 2026

Respectfully submitted,

JENKINS MULLIGAN & GABRIEL, LLC

By:_____

Larry W. Gabriel
Special Litigation Counsel for Plaintiff, Elissa D. Miller, Chapter 7 Trustee, Estate of Girardi Keese

JENKINS MULLIGAN & GARBIEL LLP

2

*NOTICE OF ASSIGNMENT OF CLAIMS*

**JENKINS MULLIGAN & GARBIEL LLP**

<u>**PROOF OF SERVICE**</u>
*Miller v. Erika Girardi et al.,*
**C.D. Case No. 2:25-cv-01038-AH**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is:  5743 Corsa Avenue, Suite 110, Westlake Village, California 91362.

On May 3, 2026 I served true copies of the following document(s) described as:

**NOTICE OF ASSIGNEMENT OF ALL PLAINTIFF'S CLAIMS TO LHA LAND, LLC, a Colorado limited liability company.**

on

EVAN C. BORGES,
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
EBorges@GGTrialLaw.com
Attorneys for Defendants

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail.

<u>**Additional Service**</u>

Bruce Bealke
Bealke Law
77 W. Wacker Dr.
Chicago, Ill. 60601
Via Email:                    Bealkelaw@protonmail.com

AH Chambers <AH_Chambers@cacd.uscourts.gov>
Hon. Anne Hwang Courtroom 9C, 9th Floor
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am a member of the bar of this Court.

 Executed this the   3rd   day of May 2026.

_____

Larry W. Gabriel

*NOTICE OF ASSIGNMENT OF CLAIMS*

3