EVAN C. BORGES, State Bar No. 128706
  *EBorges@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone:   (949) 383-2800
Facsimile:   (949) 383-2801

Attorneys for Defendants Erika Girardi, EJ
Global, LLC, and Pretty Mess, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| In re Girardi Keese,<br><br>             Debtor,<br><br>ELISSA D. MILLER, Chapter 7 Trustee,<br><br>             Plaintiff,<br><br>        v.<br><br>ERIKA N. GIRARDI, an individual; EJ GLOBAL, LLC, a limited liability company; and PRETTY MESS, INC., a corporation,<br><br>             Defendants. | Case No. 2:25-cv-01038-AH<br><br>**ORDER SUBSTITUTING LHA LAND, LLC AS PLAINTIFF IN PLACE AND STEAD OF ELISSA D. MILLER, CHAPTER 7 TRUSTEE   [96]**<br><br>[Filed Concurrently with Stipulation]<br><br>Trial Date:      May 19, 2026<br><br>**Final Pre-Trial Conference [L.R. 16]**<br>Date:    May 7, 2026<br>Time:    1:30 p.m.<br><br>**Judge:  Hon. Anne Hwang**<br>Place:   Courtroom 9C, 9th Floor<br>United States District Court<br>350 W. 1st Street, Los Angeles, CA |

Case No. 2:25-cv-01038-AH

ORDER SUBSTITUTING LHA LAND, LLC AS PLAINTIFF IN PLACE AND STEAD OF ELISSA D. MILLER, CHAPTER 7 TRUSTEE

## ORDER

Having reviewed the Parties' *Stipulation Substituting LHA Land, LLC as Plaintiff in Place and Stead of Elissa D. Miller, Chapter 7 Trustee* (the "**Stipulation**"), and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiff LHA Land, LLC shall be and hereby is substituted into this action as plaintiff in place and stead of Elissa D. Miller, Chapter 7 Trustee; and

2. The caption of this action henceforth shall be modified and revised (a) to delete reference to the bankruptcy case of In re Girardi Keese, and (b) to show as plaintiff LHA Land, LLC, as successor-in-interest to and assignee of Elissa D. Miller, Chapter 7 Trustee of Bankruptcy Debtor Girardi Keese, along with showing as defendants the Defendants as they are currently identified on the caption.

DATED: May 5, 2026

_____
Hon. Anne Hwang
United States District Judge